UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:09-cr-9 |
| vs. ) | |
| ) | MATTICE/CARTER |
| WILLIAM HOCKETT ) | |

MEMORANDUM AND ORDER

The defendant appeared for an initial appearance on September 1, 2011 and for a preliminary/detention hearing on September 8, 2011, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision (Petition) of U.S. Probation Officer Doug Corn and the Warrant for Arrest issued by U.S. District Judge Harry S. Mattice, Jr. Those present for the hearing included:

(1) AUSA Terra Bay/Annie Svolto for the USA.
(2) The defendant WILLIAM HOCKETT.
(3) Attorney Charles Dupree for defendant.
(4) Deputy Clerk Barbara Lewis/Kelli Jones.

At the September 1, 2011 hearing, the defendant was sworn in due form of law and informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

At the September 1, 2011 hearing, it was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Atty. Charles Dupree was APPOINTED to represent the defendant. It was determined the defendant had been provided with a copy of the Petition and the Warrant for Arrest and had the opportunity of reviewing those documents with Atty. Dupree. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

At the September 8, 2011 preliminary/detention hearing, AUSA Svolto moved defendant be detained without bail pending his revocation hearing before U.S. District Judge Harry S. Mattice, Jr.

Findings

(1) Based upon U.S. Probation Officer Doug Corn's petition and testimony provided

at the preliminary/detention hearing, the undersigned finds there is probable cause to believe defendant has committed violations of his conditions of supervised release as alleged in the petition, and that there is no condition or combination of conditions that can ensure the safety of the community.

Conclusions

It is ORDERED:

(1) The defendant shall be appear in a revocation hearing before U.S. District Judge Harry S. Mattice, Jr.

(2) The motion of AUSA Svolto that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Mattice is GRANTED.

(3) The U.S. Marshal shall transport defendant to a revocation hearing before Judge Mattice on **Monday, September 26, 2011, at 9:00 am.**

ENTER.

*s/William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE